IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Lavelle D | Case Number: 07 B 12279 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/10/08 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 30, 2008
Confirmed: September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,610.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,517.28 |
| Trustee Fee: |  | 92.72 |
| Other Funds: |  | 0.00 |
| Totals: | 1,610.00 | 1,610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,806.33 | 1,517.28 |
| 2. | B-Real LLC | Unsecured | 30.97 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 385.70 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 31.39 | 0.00 |
| 5. | Greater Chicago Finance | Unsecured | 104.66 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 520.82 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 15.73 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 11. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 12. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Michael R Naughton | Unsecured | | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 17. | Mathein & Rostoker | Unsecured | | No Claim Filed |
|  |  |  | $ 4,895.60 | $ 1,517.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 58.59 |
| 6.5% | 34.13 |
|  | $ 92.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brown, Lavelle D

Printed: 12/10/08

Case Number:  07 B 12279
Judge:  Wedoff, Eugene R
Filed:  7/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

